SOHVI LAAKSO, as Administratrix of the Estate of ARVO LAAKSO, Deceased, Appellant, *v.* THADEUS JABLONOWSKI, Respondent.

Submitted January 4, 1951; decided April 5, 1951.

*Samuel Cooperman* for appellant.

*Harry P. Rich* for respondent.

Appeal withdrawn, without costs or disbursements. No opinion. [See *Laakso v. Jablonowski,* 302 N. Y. 726.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.